JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAOWEN ZHENG,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID MARIN, *et al.*,<br><br>        Respondents. | Case No. 5:26-02545-MRA-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: June 1, 2026

_____
MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE